CORA E. FISKE, Respondent, *v.* CHARLES W. BARDEEN. Appellant.

(Argued February 28, 1888; decided March 13, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 13,

1887, which affirmed an order of Special Term denying a motion to change the place of trial.

*Homer Weston* for appellant.

*Benjamin W. Downing* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.